UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRENT WETHINGTON,**

    **Plaintiff,**

**v.**

**MENORAH MANOR SENIOR LIVING, LLC, and ROBERT GOLDSTEIN,**

    **Defendants.**

_____ /

**Case No: _____**

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1391, 1367, and 1446, and Local Rule 4.02, Menorah Manor Senior Living, LLC and Robert Goldstein ("Defendants"), by and through undersigned counsel, hereby give their notice of removal of the case styled *Brent Wethington v. Menorah Manor Senior Living, LLC and Robert Goldstein*, Case No.: 17-002095-CI, currently pending in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendants state as follows:

1. On or about April 4, 2017, Plaintiff Brent Wethington ("Plaintiff") filed his Complaint in the State Court Action. The Complaint was served on Defendants through service of process on June 9, 2017. *See* **Exhibit A.**

2. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint. Pursuant to

28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then on file in the State Court Action is attached as **Exhibit B**. No further proceedings have occurred in the State Court Action.

3. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, is located.

4. In his Complaint, Plaintiff has alleged claims of failure to pay overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331. This section states in relevant part that: "[t]he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Thus, this case is properly removable under 28 U.S.C. § 1441(b).

5. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. *See* **Exhibit C.**

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Brent Wethington v. Menorah Manor Senior Living, LLC and Robert Goldstein*, Case No.: 17-002095-CI from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated June 28, 2017.

        Respectfully submitted,

        */s/Dee Anna D. Hays*
        Dee Anna D. Hays, Esq.
        Florida Bar No. 64790
        OGLETREE, DEAKINS, NASH SMOAK
           & STEWART P.C.
        100 N. Tampa Street, Suite 3600
        Tampa, Florida 33602
        Telephone: (813) 289-1247
        Facsimile: (813) 289-6530
        deeanna.hays@ogletree.com
        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on June 28, 2017, a true and copy of the foregoing was served via e-mail and First Class U.S. Mail, postage prepaid, to the following:

        Charlotte F. Kelly
        John Bales Attorneys
        625 E. Twiggs St., Suite 100
        Tampa, FL 33602
        team-employmentlaw@johnbales.com
        *Attorney for Plaintiff*

        */s/Dee Anna D. Hays*
        Dee Anna D. Hays

30258313.1